430 A.2d 1153

**In re Petition for Involuntary Termination of Parental rights of Richard BERKEY, Sr.**

Supreme Court of Pennsylvania.

Argued May 19, 1981.

Decided June 4, 1981.

G. David Pauline, Carlisle, for appellant.

William R. Bunt, New Bloomfield, for Perry County Children & Youth Service.

Daniel Stern, Harrisburg, for the Subject Children, Teresa & Richard Berkey, Jr.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each party pay own costs.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.